1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     ALEX G. TSE (CSBN 152348)
3    Chief, Civil Division

4    REBECCA A. FALK (CSBN 226798)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
7       FAX: (415) 436-6748
        rebecca.falk@usdoj.gov
8
     Attorneys for Defendant
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
     JOHN RAYMOND BELLANDO,          )    No. 12-01078-LB
14                                   )
             Plaintiff,              )    **JOINT STIPULATION AND**
15                                   )    **[PROPOSED] ORDER CONTINUING**
         v.                          )    **CASE MANAGEMENT CONFERENCE**
16                                   )
     PATRICK R. DONAHOE, POSTMASTER  )
17   GENERAL OF THE UNITED STATES,   )
                                     )
18           Defendant.              )
                                     )
19   ────────────────────────────────

20                         **STIPULATION**

             Plaintiff John R. Bellando ("Plaintiff"), *pro se*, and federal defendant Patrick R. Donahoe,
21
     Postmaster General of the United States ("Defendant"), by and through his counsel of record,
22
     hereby stipulate and agree as follows:
23
             1.      Plaintiff filed the Complaint in this action on March 5, 2012.   Docket No. 1.
24
             2.      The Federal Defendant's Response in this matter is due on October 22, 2012.
25
             3.      This Court scheduled a Case Management Conference for October 25, 2012.
26
     Docket No. 8.
27
             5.      Plaintiff and Defendant seek to continue the Case Management Conference
28

     JOINT STIPULATION TO CONTINUE CMC
     12-01078 LB

1  because counsel for the Defendant will be out of the office on required business travel during the

2  weeks of October 22 and 29, 2012.  The parties request that the Case Management Conference be

3  continued until November 8, 2012 or a later date at the Court's convenience.  Case Management

4  Statements will be filed per the Clerk's Notice (Dkt. No. 8) on October 18, 2012.

6  IT IS SO STIPULATED.

8  Dated: October 9, 2012                     Respectfully Submitted,

9                                             MELINDA HAAG
                                             United States Attorney

11                                                 /s/ Rebecca A. Falk
                                             REBECCA A. FALK
12                                           Assistant United States Attorney

14  Dated: October 3, 2012           By: _____

16                                           JOHN R. BELLANDO
                                             Plaintiff, *Pro Se*

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  Dated: October 10, 2012          _____
                                             HONORABLE LAUREL BEELER
22                                           United States Magistrate Judge

JOINT STIPULATION TO CONTINUE CMC
12-01078 LB